IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR C. JACKSON,<br><br>      Plaintiff,<br><br>   vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>et al.,<br><br>      Defendants. | Civil Action No. 07-119 |

### ORDER

On June 6, 2007, this Court issued an order for plaintiff to show good cause, by June 20, 2007, why the above captioned case should not be dismissed without prejudice for failure of the plaintiff to make service on the defendant within 120 days of the filing of the complaint pursuant to Fed. R. Civ. P. 4(m).

On June 13, 2007, the plaintiff filed an answer to the Court's show cause order. However, after review of the plaintiff's answer, the Court finds that good cause has not been shown.

Therefore, this 21st day of June, 2007, IT IS HEREBY ORDERED that the above captioned matter is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 4(m) for failure of plaintiff to make service on the defendant within 120 days of the filing of the complaint.

                                                *[signature]*
                                         United States District Judge

cc:     Arthur C. Jackson
         23 Circle Road
         Daisytown, PA 15427
         (Regular and certified mail)